NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7033

PAUL T. CHALSTROM,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-713, Judge Bruce E. Kasold.

ON MOTION

O R D E R

The claimant-appellant moves for a 14-day extension of time, until May 11, 2010, to file his brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael J. Carroll, Esq.
Courtney S. McNamara, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK